UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-41315-659 |
| | ) | |
| Mohamad Zein, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Clayton G. Kuhn and Sandberg Phoenix & von Gontard P.C., and hereby enter their appearance as counsel on behalf of Together Credit Union in the above captioned cause. Further, pursuant to Rules 9007 and 2002 of the Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon Clayton G. Kuhn and Sandberg Phoenix & von Gontard P.C., 600 Washington Avenue, 15th Floor, St. Louis, MO 63101-1313.

SANDBERG PHOENIX & von GONTARD P.C.

By:   /s/ Clayton G. Kuhn
Clayton G. Kuhn, MO Bar: 55222, Fed Bar: 55222MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
(314) 231-3332
(314) 241-7604 Fax
ckuhn@sandbergphoenix.com
Attorneys for Together Credit Union

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of April, 2023, a copy of the above and foregoing was electrically filed with the United States Bankruptcy Court, Eastern District of Missouri, pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case.

/s/  Clayton G. Kuhn

21956786.v1