Certificate Number: 16339-MOE-DE-037411752

Bankruptcy Case Number: 23-41315



16339-MOE-DE-037411752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2023, at 3:51 o'clock PM EDT, Mohamad Zein completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: May 8, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor